**IT IS SO ORDERED.**

**Dated: 11:19 AM April 08 2011**

*Marilyn Shea-Stonum*
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 11-50271 |
| | ) | |
| MARY McCARTY, | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE MARILYN SHEA-STONUM |

## ORDER DISMISSING CASE AND IMPOSING SANCTIONS

This chapter 13 case was filed by Mary McCarty, *pro se*, on January 27, 2011. A hearing in this case was held on March 3, 2011 to allow debtor to show cause why it should not be dismissed for her failure to file all necessary documents required by law and all required filing fees. The hearing was held as scheduled and debtor appeared. On the date of the hearing, the debtor filed most of the required documents and the balance of the required filing fees. However, the debtor did not file her Chapter 13 Plan or legal description of her property. The Court directed that debtor file the completed necessary documents by March 9, 2011. To date, Ms. MacCarty has not filed the necessary documents.

Based upon Debtor's failure to file all necessary documents required by law, this bankruptcy case is hereby dismissed.

Additionally, debtor will not be permitted to initiate any further bankruptcy cases unless the petition is accompanied by all documents required by the Bankruptcy Code to be filed.

# # #

cc: (via electronic mail)
    Keith Rucinski, Trustee
cc: (via regular mail)  Mary McCarty, Debtor
    All Creditors and Other Parties in Interest